FILED

SEP 2 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00623 SBA (DMR) |
| Plaintiff, | |
| v. | DETENTION ORDER |
| BOBBIE RAY ALEXANDER, | |
| Defendant. | |

## I. DETENTION ORDER

Defendant Bobbie Ray Alexander is charged in an indictment with a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition). On September 15, 2011, the United States moved for Mr. Alexander's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. At the September 27, 2011 hearing before this Court, Defendant waived the timing of his right to proffer information at a detention hearing, see 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise), and retained his right to

DETENTION ORDER
CR 11-00623 SBA (DMR)                                        1

cc: Copy to parties via ECF, Lisa, Pretrial Services, 2 Certified copies to
                                                            US Marshal

1   raise any additional relevant information at a later hearing.

2       After considering the limited information available to the Court, and the factors set forth

3   in 18 U.S.C. § 3142(g), the Court detains Mr. Alexander as a danger to the community and finds

4   that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his

5   appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d

6   1403, 1406 (9th Cir. 1985).

7                                   II.  CONCLUSION

8       The Court detains Mr. Alexander at this time.  Because Defendant waived his right to

9   present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information

10  at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any

11  future time.

12      Mr. Alexander shall remain committed to the custody of the Attorney General for

13  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

14  serving sentences or being held in custody pending appeal.  Defendant shall be afforded

15  reasonable opportunity for private consultation with counsel.  On order of a court of the United

16  States or on request of an attorney for the Government, the person in charge of the corrections

17  facility in which Defendant is confined shall deliver Defendant to a United States marshal for the

18  purpose of an appearance in connection with a court proceeding.

19      IT IS SO ORDERED.

20

21

22  DATED: September 27, 2011

23                                          DONNA M. RYU
                                            United States Magistrate Judge

24

25

26

27

28

DETENTION ORDER
CR 11-00623 SBA (DMR)                            2