BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00623 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 14, |
| v. | ) ) | 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND  ORDER |
| BOBBIE RAY ALEXANDER, | ) ) | |
| Defendant. | ) ) | Hearing Date: October 17, 2011 Time:            10:00 a.m. |
| | ) ) | |

The above-captioned matter is set on October 17, 2011 before this Court for a status hearing. The parties jointly request that the Court continue the matter to November 14, 2011 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between October 17, 2011 and November 14, 2011.

On September 1, 2011, the Grand Jury charged Bobbie Ray Alexander as a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). He faces a statutory maximum of ten years in custody. Mr. Alexander made his initial appearance on September 15, 2011, and the magistrate court detained Mr. Alexander on September 27, 2011.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case. In the meantime, the government has

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00623 SBA

1  produced discovery to the defense and defense counsel needs additional time to review and
2  process the discovery provided and to discuss those materials with her client.  The defense also
3  requires additional time to complete its investigation of the circumstances of the offense and to
4  collect Mr. Alexander's prior conviction records to prepare an estimate of his anticipated
5  Guidelines range.

6      The requested continuance will allow the defense to complete its review of the discovery,
7  to investigate the underlying facts of the case, and to obtain and review records.  For this reason,
8  the parties agree that the failure to grant this continuance would unreasonably deny counsel for
9  defendant the reasonable time necessary for effective preparation, taking into account the
10 exercise of due diligence.

11     The parties further stipulate and agree that the ends of justice served by this continuance
12 outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the
13 parties agree that the period of time from October 17, 2011 to November 14, 2011, should be
14 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)
15 and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due
16 diligence.

17 DATED: October 13, 2011                                    /S/
                                                              WADE RHYNE
18                                                            Assistant United States Attorney

19
    DATED: October 13, 2011                                    /S/
20                                                            ANGELA M. HANSEN
                                                              Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the government has produced discovery in this case and that defense counsel needs time to complete its review the discovery and to discuss the discovery materials with her client;

2. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain records to calculate defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of October 17, 2011 scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for November 14, 2011 at 10:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from October 17, 2011 to November 14, 2011.

DATED:__10/17/11                              _____
                                              HON. SAUNDRA BROWN ARMSTRONG
                                              United States District Judge