BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00623 SBA |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 26, 2012 |
| v. ) | FOR JUDGMENT AND SENTENCING AND TO EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT AND ORDER |
| BOBBY RAY ALEXANDER, ) | |
| Defendant. ) | Hearing Date: November 14, 2011<br>Time:           10:00 a.m. |
| _____ ) | |

The above-captioned matter is set on November 14, 2011 before this Court for change of plea. The parties jointly request that the Court continue the matter to January 26, 2012 at 10:00 a.m. for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and November 14, 2012.

The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement. The parties request that the Court take the parties' proposed plea agreement under submission and that the Court refer this matter to the United States Probation Office for a full pre-sentence investigation.

If the Court agrees to take the parties' proposed agreement under submission, the parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00623 SBA

1  consideration of the proposed plea agreement to be entered into by the defendant and the
2  attorney for the government. A copy of the plea agreement and Mr. Alexander's signed consent
3  to institute a pre-plea investigation will be submitted together with the Court's courtesy copy of
4  this stipulation. These documents have not been manually filed.

6  DATED: November 9, 2011

           WADE M. RHYNE
7             Assistant United States Attorney

8
   DATED: November 9, 2011
9             ANGELA M. HANSEN
           Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that Mr. Alexander has signed a consent to institute a pre-sentence investigation and to disclose the report before his plea of guilty;

3. Given that the Court will take the proposed plea agreement under submission until the United States Probation Office can prepare a Presentence Investigation Report;

Based on these findings, IT IS HEREBY ORDERED that this matter is referred to the United States Probation Office to prepare a pre-plea Presentence Investigation Report.  IT IS FURTHER ORDERED that the status hearing set for November 14, 2011, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and this matter is reset to January 26, 2012, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from the date of this Stipulation to January 26, 2012, based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

November 9, 2011

SAUNDRA BROWN ARMSTRONG
United States District Judge