1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ALEXANDER

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10 UNITED STATES OF AMERICA,    )   No. 11-000623 SBA
                                )
11        Plaintiff,            )   STIPULATED REQUEST TO CONTINUE
                                )   SUPERVISED RELEASE STATUS
12   v.                         )   HEARING DATE TO JULY 8, 2014 AND
                                )   [PROPOSED] ORDER
13                              )
   BOBBY RAY ALEXANDER,         )   Hearing Date: May 19, 2014
14                              )   Time:         9:30 a.m.
          Defendant.            )
15                              )   **The Honorable Donna M. Ryu**
                                )
16

17       The above-captioned matter is set on May 19, 2014 before the sitting magistrate court for

18 a status hearing on a supervised release violation based on allegations in a Probation Form 12

19 Petition that Mr. Alexander committed new criminal conduct. The parties jointly request that the

20 Court continue this matter to the magistrate court calendar on July 8, 2014 at 9:30 a.m.

21       Mr. Alexander was summonsed and made an initial appearance on February 19, 2014.

22 He was arraigned on the pending Form 12 and the Honorable Kandis Westmore released Mr.

23 Alexander on electronic home monitoring. The parties request this continuance because Mr.

24 Alexander has a state court appearance on June 17, 2014 that is based on the allegations in the

25 Form 12. For this reason, Mr. Alexander respectfully requests that this matter follow his pending

26 state case. This continuance will also give the Probation Office and the parties sufficient time to

Stip. Req. To Continue Status Hearing, No.
CR-11-00623 SBA

1  negotiate any disposition that may be presented to the Court.  Counsel for Mr. Alexander
2  confirmed that the probation officer assigned to this case has no objection to this request for a
3  continuance.
4      Because this case involves an allegation that Mr. Alexander violated the terms of his
5  supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not
6  apply.

7

8  DATED: May 16, 2014                      /S/
                                              WADE M. RHYNE
9                                               Assistant United States Attorney

10
   DATED: May 16, 2014                      /S/
11                                             ANGELA M. HANSEN
                                              Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Alexander violated the terms of his supervised release;

2. Given that Mr. Alexander has a pending state court case that he would like to resolve before he resolves the pending Form 12;

3. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the May 19, 2014 supervised release violation hearing date is vacated and reset to July 8, 2014, at 9:30 a.m., before the sitting United States magistrate court.

DATED: 5/16/14

_____
DONNA M. RYU
United States Magistrate Judge