1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>BOBBY RAY ALEXANDER<br><br>    Defendant. | No. 11-000623 SBA<br><br>STIPULATED REQUEST AND<br>[PROPOSED] ORDER<br>TO VACATE SUPERVISED RELEASE<br>STATUS DATE AND TO RESET ON<br>DISTRICT COURT CALENDAR FOR<br>ADMISSION AND DISPOSITION<br><br>Hearing Date: October 20, 2014<br>Time:        9:30 a.m.<br><br>**The Honorable Kandis A. Westmore** |

The above-captioned matter is set on October 20, 2014 before the sitting magistrate court for a status hearing on a supervised release violation based on allegations in a Probation Form 12 Petition that Mr. Alexander committed new criminal conduct. The parties jointly request that the Court vacate this matter and reset it to the District Court's calendar on November 12, 2014, at 9:00 a.m., for an admission and disposition hearing.

Mr. Alexander was summonsed and made an initial appearance on February 19, 2014. He was arraigned on the pending Form 12 and the the Court released Mr. Alexander on electronic home monitoring. The allegations in the Form 12 Petition relate to a pending state court case that will soon be resolved. The parties have reached an agreement and would like to have this federal case resolved prior to a state court hearing on November 18, 2014. For this

Stip. Req. To Vacate and Reset Hearing, No.
CR-11-00623 SBA

1  reason, the parties respectfully request that this matter be placed on the District Court calendar as
2  soon as possible.  The Probation Office and the parties will prepare sentencing documents for the
3  District Court, and the Probation Office is available on the requested date.
4       Because this case involves an allegation that Mr. Alexander violated the terms of his
5  supervision in a post-conviction proceeding, the parties agree that Speedy Trial Act does not
6  apply.

7

8  DATED: October 16, 2014               /S/
                                                          WADE M. RHYNE
9                                          Assistant United States Attorney

10
   DATED: October 16, 2014               /S/
11                                           ANGELA M. HANSEN
                                         Assistant Federal Public Defender

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that a Probation Form 12 petition has been filed alleging that Mr. Alexander violated the terms of his supervised release;

2. Given that Mr. Alexander has a pending state court case that will be resolved on November 18, 2014, and given that the parties have reached an agreement that requires the prompt resolution of the federal case;

3. Given that the Probation Office is available on the requested date; and

4. Given that this is a post-conviction proceeding and that the Speedy Trial Act does not apply;

Based on these findings, IT IS HEREBY ORDERED that the October 20, 2014 supervised release status hearing date is vacated and reset for an admission and disposition hearing before the Honorable Saundra Brown Armstrong on November 12, 2014, at 9:00 a.m.

DATED: 10/17/14

KANDIS A. WESTMORE
United States Magistrate Judge